UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BLANE HARMON** | **CASE NO. 2:23-CV-01627** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **BROCK SERVICES L L C ET AL** | **MAGISTRATE JUDGE LEBLANC** |

### JUDGMENT

Before the court is a Report and Recommendation [Doc. 22] of the Magistrate Judge, recommending that the Motion to Remand [doc. 15] filed by plaintiff be denied.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 15] is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 30th day of September, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE